**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SEAN M. DONAHUE,                                       : No. 16 MM 2019
                                                       :
                             Petitioner                :
                                                       :
                                                       :
                                                       :
                  v.                                   :
                                                       :
                                                       :
                                                       :
PENNSYLVANIA DEPARTMENT OF                             :
LABOR AND INDUSTRY AND THE                             :
GOVERNOR OF PENNSYLVANIA,                              :
                                                       :
                             Respondents               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of March, 2019, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED.